**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                       No. 4:11CR00290-13 JLH

SHANNON PITTMAN                                                                              DEFENDANT

**ORDER**

Pending before the Court is defendant's Motion for Continuance of the supervised release revocation hearing currently set for Tuesday, November 25, 2014. Good cause having been shown, the motion is GRANTED. Document #569. The hearing on the pending motion to revoke supervised release of defendant Shannon Pittman is hereby rescheduled for **MONDAY, DECEMBER 1, 2014, at 2:30 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #553.

IT IS SO ORDERED this 24th day of November, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE